# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **CASEY EVANS, Individually and On Behalf of All Others Similarly Situated** | § § § § |
| *Plaintiff*, | § § |
| v. | §   C.A. No. 7:20-cv-00173 § § |
| **SUPERIOR ENERGY SERVICES, INC.** | § § § |
| *Defendant.* | § § § § |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Defendant Superior Energy Services, Inc. (Defendant), file this Suggestion of Bankruptcy and Notice of Automatic Stay. A Chapter 11 Petition has been filed by Defendant Superior Energy Services, Inc., in the U.S. Bankruptcy Court, Southern District of Texas, Houston Division, Case No. 20-35812, on December 7, 2020. The automatic stay provisions of Section 362 of the Bankruptcy Code apply to these proceedings.

Dated: December 7, 20120          Respectfully submitted,

By:   */s/ J. Michael Rose*
**J. Michael Rose**
Texas Bar No. 24041819
S.D. Tex. Bar No. 36797
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
Telephone:   (713) 226-1684
Facsimile:    (713) 229-2626
Email: mrose@lockelord.com
**ATTORNEY-IN CHARGE FOR SUPERIOR ENERGY SERVICES, INC.**

90963597v.1

OF COUNSEL:
**Evan C. Blankenau**
Texas Bar No. 24092142
S.D. Tex. Bar No. 2507901
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
Telephone:      (713) 226-1661
Facsimile:       (713) 229-2501
Email: evan.blankenau@lockelord.com

### CERTIFICATE OF SERVICE

   I hereby certify that on this 7th day of December 2020, a true and correct copy of this document was served upon counsel of record via the Court's ECF electronic filing system:

Melissa Moore
Curt Hesse
Renu Tandale
MOORE & ASSOCIATES
Lyric Center
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739
melissa@mooreandassociates.com
curt@mooreandassociates.com
renu@mooreandassociates.com

            */s/ Evan C. Blankenau*
            Evan C. Blankenau

90963597v.1